AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 10, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SAMUEL SALMERON <br> *Plaintiff* <br> v. <br> ESTUARDO OLA <br> *Defendant* | Civil Action No. 4:25-CV-05103-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: United States' Rule 12(b)(1) Motion to Dismiss, ECF No. 2, is GRANTED. Plaintiff Samuel Salmeron's suit is DISMISSED without prejudice.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  REBECCA L. PENNELL

Date: 11/10/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*